JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ATTALLA, | ) Case No. SACV 15-00497-JLS(DFMx) |
| | ) |
| Plaintiff(s), | ) ORDER STAYING ACTION PENDING FINAL |
| | ) SETTLEMENT, REMOVING CASE FROM |
| v. | ) ACTIVE CASELOAD, AND FILING OF |
| | ) DISMISSAL |
| EQUINOX HOLDINGS, INC. | ) |
| | ) |
| Defendant(s). | ) |

On September 7, 2016, the Parties filed a Notice of Settlement (doc. 73), indicating that the case has been resolved. Based thereon, he Court hereby orders all proceedings in the case stayed pending final settlement.

It is further ordered that this action is removed from the Court's active caseload, subject to the right upon good cause shown within forty-five (45) days, to reopen the action if settlement is not consummated.

///

///

The parties shall file a Stipulation of Dismissal no later than October 24, 2016. If no dismissal is filed, the Court deems the matter dismissed at that time.

The Court retains full jurisdiction over this action and this order shall not prejudice any party in the action.

IT IS SO ORDERED.

DATED: September 07, 2016

JOSEPHINE L. STATON
———————————————
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE